UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                  Case No.:8:04-CR-495-T-30MAP

**JAMES AUGUSTUS STIDHAM**

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

On November 14, 2006, came the United States Attorney and the Defendant JAMES AUGUSTUS STIDHAM, who appeared in person and with counsel.

It appearing to the Court that the above named Defendant having heretofore been convicted on March 1, 2005 was placed on supervised release. It further appearing to the Court that the above named Defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the Order of Probation/Supervised Release previously entered herein.

The Court has considered the factors set forth in 18 U.S.C. §3553(a), including considering the guidelines as advisory, and has also considered recommendations from the Probation Office. It is, therefore, **ORDERED** and **ADJUDGED** that the Order of Probation/Supervised Release entered herein as to the above named Defendant is hereby **REVOKED**.

It is further **ORDERED** and **ADJUDGED** that the Defendant **is hereby sentenced to EIGHT (8) MONTHS imprisonment with no term of supervised release to follow.**

It is further **ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the Defendant.

**DONE** and **ORDERED** at Tampa, Florida, this __14__ day of November, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
United States Marshal
United States Probation Office